UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| JOSEPH LAMONT FRENCH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:16CV1654 RLW |
| ) | |
| CENTRAL CREDIT SERVICES, et al., ) | |
| ) | |
| Defendants. ) | |

## **MEMORANDUM AND ORDER**

This matter is before the Court on Defendant Central Credit Services, LLC's Motion to Compel Plaintiff's Responses to Written Discovery Including Medical Records Authorization (ECF No. 43). Upon review of Defendant's Certification of Good-Faith Attempt to Resolve, the Court notes that counsel attempted to meet and confer to resolve the discovery dispute via emails sent to *pro se* Plaintiff. However, under the Local Rules of the United States District Court for the Eastern District of Missouri:

> The Court will not consider any motion relating to discovery and disclosure unless it contains a statement that movant's counsel has conferred in person or by telephone with the opposing counsel in good faith or has made reasonable efforts to do so, but that after sincere efforts to resolve their dispute, counsel are unable to reach an accord. This statement also shall recite the date, time and manner of such conference, and the names of the individuals participating therein, or shall state with specificity the efforts made to confer with opposing counsel.

E.D. Mo. L.R. 3.04(A). Defendant's certification fails to comply with the Court's local rules, as the parties have neither conferred in person or by phone, nor has Defendant demonstrated reasonable efforts to do so.

Accordingly,

**IT IS HEREBY ORDERED** that the parties shall meet and confer in compliance with E.D. Mo. L.R. 3.04.

**IT IS FURTHER ORDERED** that the Court will hold Defendant's motion to compel in abeyance pending a statement from the Defendant indicating that it has conferred in person or by telephone with *pro se* Plaintiff in good faith or has made reasonable efforts to do so, along with a statement containing the date, time and manner of such conference or a statement regarding the efforts made to confer with *pro se* Plaintiff.

Dated this 8th day of August, 2017.

*[Signature: Ronnie L. White]*
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**