# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| JOSEPH LAMONT FRENCH, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:16CV1654 RLW |
| ) | |
| CENTRAL CREDIT SERVICES, et al., ) | |
| ) | |
| Defendants. ) | |

## MEMORANDUM AND ORDER

This matter is before the Court on Defendant Central Credit Services, LLC's Motion to Compel Plaintiff's Responses to Written Discovery Including Medical Records Authorization (ECF No. 43). Also pending are *pro se* Plaintiff's Motion for Sanctions of Ogletree Deakins & Sessions Fishman Nathan & Israel for Infringement of Rights and Discovery Abuses (ECF No. 49) and Plaintiff's Amended Motion for Sanctions of Ogletree Deakins & Sessions Fishman Nathan & Israel for Infringement of Rights and Discovery Abuses (ECF No. 54).

The Court held a hearing on Defendant's Motion to Compel on September 11, 2017, during which time Plaintiff agreed on the record to sign a medical records authorization form for counseling services received from North Dakota State University ("NDSU") in response to Defendant's Request for Production #13. Plaintiff also advised the Court that he has provided all other social media information requested by Defendant. As such, Defendant's motion to compel is now moot. Likewise, Plaintiff's motions for sanctions pertain to medical records sought from non-parties. In light of Plaintiff's consent to authorize the discovery of medical records from NDSU, the court finds these motions are also moot.

Accordingly,

**IT IS HEREBY ORDERED** that Defendant Central Credit Services, LLC's Motion to Compel Plaintiff's Responses to Written Discovery Including Medical Records Authorization (ECF No. 43) is **DENIED** as **MOOT**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion for Sanctions of Ogletree Deakins & Sessions Fishman Nathan & Israel for Infringement of Rights and Discovery Abuses (ECF No. 49) and Plaintiff's Amended Motion for Sanctions of Ogletree Deakins & Sessions Fishman Nathan & Israel for Infringement of Rights and Discovery Abuses (ECF No. 54) are **DENIED** as **MOOT**.

Dated this 12th day of September, 2017.

*Ronnie L. White*
**RONNIE L. WHITE**
**UNITED STATES DISTRICT JUDGE**